Crane M. Pomerantz, Esq.
Nevada Bar No. 14103
SKLAR WILLIAMS PLLC
410 S. Rampart Blvd., Ste. 350
Las Vegas, Nevada 89145
Telephone: (702) 360-6000
Facsimile: (702) 360-0000
Email: cpomerantz@sklar-law.com

*Attorneys for Defendant Kenton Graves*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **United States of America**, | Case No.: 2:20-CR-00157-JCM-VCF |
| Plaintiff, | **Stipulation to Continue Sentencing** |
| vs. | |
| **Kenton Graves**, | |
| Defendant. | |

Defendant Kenton Graves and the United States hereby agree and stipulate, and request an Order from this Court upon such stipulation and agreement, that the sentencing hearing in this matter, currently scheduled for June 9, 2021, should be continued for thirty (30) days, to a day and time convenient to the Court, as follows:

1. Mr. Graves is reporting COVID-like symptoms and is in the process of quarantining.

2. Under the circumstances, he will be unable to safely attend sentencing on June 9, 2021. He requests a brief continuance to address his health.

3. Mr. Graves is not in custody and does not object to this continuance.

4. Mr. Graves intends on filing a Sentencing Memorandum and will do so at least one week prior to the newly assigned sentencing date.

5. This is the parties' first stipulation to continue the sentencing hearing. The stipulation between the parties is entered into not for purposes of delay, but to allow Mr. Graves sufficient time to quarantine.

Dated this 2nd day of June, 2021

CHRISTOPHER CHIOU
Acting United States Attorney

| /s/ Kimberly Sokolich | /s/ Crane Pomerantz |
|---|---|
| KIMBERLY SOKOLKICH<br>Assistant United States Attorney | CRANE M. POMERANTZ<br>Nevada Bar No.: 14103<br>410 South Rampart Boulevard<br>Las Vegas, Nevada 89145 |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **United States of America**, | Case No.:   2:20-CR-00157-JCM-VCF |
| Plaintiff, | **Order** |
| vs. | |
| **Kenton Graves**, | |
| Defendant. | |

The Court, having considered the above stipulation of the parties, and good cause appearing, finds as follows:

1. Mr. Graves is reporting COVID-like symptoms and is in the process of quarantining.

2. Under the circumstances, he will be unable to safely attend sentencing on June 9, 2021.  He requests a brief continuance to address his health.

3. Mr. Graves is not in custody and does not object to this continuance.

4. Mr. Graves intends on filing a Sentencing Memorandum and will do so at least one week prior to the newly assigned sentencing date.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

5. This is the parties' first stipulation to continue the sentencing hearing. The stipulation between the parties is entered into not for purposes of delay, but to allow Mr. Graves sufficient time to quarantine.

IT IS HEREBY ORDERED that the sentencing hearing in this matter, currently scheduled for June 9, 2021, shall be continued until July 28, 2021 at 11:00 a.m.

IT IS SO ORDERED June 4, 2021.

JAMES C. MAHAN
United States District Court Judge