RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Kenton Graves, II

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>KENTON GRAVES, II,<br><br>       Defendant. | Case No. 2:20-cr-00157-JCM-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Lauren Ibanez, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Kenton Graves, II, that the Revocation Hearing currently scheduled on March 21, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than fourteen (14) days.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to conduct investigation in this case.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 19th day of March, 2025.

RENE L. VALLADARES                          SUE FAHAMI
Federal Public Defender                     Acting United States Attorney


By /s/ Benjamin F. J. Nemec                 By /s/ Lauren Ibanez
BENJAMIN F. J. NEMEC                        LAUREN IBANEZ
Assistant Federal Public Defender           Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00157-JCM-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| KENTON GRAVES, II, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Friday, March 21, 2025 at 10:00 a.m., be vacated and continued to **Friday, April 4, 2025** at the hour of **10:00 a.m.;** or to a time and date convenient to the court.

DATED: March 19, 2025.

_____
UNITED STATES DISTRICT JUDGE

3